UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:17-CV-11-D** |
| ) | |
| ) | |
| WILLIAM R. FREELOVE and ) | |
| SARAH J. FREELOVE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that William R. Freelove and Sarah J. Freelove are jointly indebted to the United States of America in the amount of $1,340,729.72 as of July 18, 2016, plus penalties and statutory interest accruing pursuant to 26 U.S.C. § 1961(c) after that date, for federal income taxes for the tax years 2002, 2007, 2008, 2009, 2011, and 2013.

**This Judgment Filed and Entered on November 8, 2017, and Copies To:**

| | |
|---|---|
| Stephanie A. Sasarak | (via CM/ECF electronic notification) |
| Jack T. Brock, II | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
November 8, 2017                   (By)  /s/ Crystal Jenkins
                                        Deputy Clerk